PRESENT:  All the Justices

COMMONWEALTH OF VIRGINIA, DEPARTMENT
OF SOCIAL SERVICES, DIVISION OF CHILD
SUPPORT ENFORCEMENT, EX REL. SPOTSYLVANIA
COUNTY DEPARTMENT OF SOCIAL SERVICES

v.  Record No. 021186                           PER CURIAM
                                                June 6, 2003
KATHERYN R. FLETCHER

                FROM THE COURT OF APPEALS OF VIRGINIA


     In this appeal, the Court reviews a judgment of the Court of Appeals of Virginia affirming a circuit court judgment in which the circuit court determined that a parent whose "residual parental rights" had been terminated no longer owed a duty of support to her minor children.  Commonwealth v. Fletcher, 38 Va. App. 107, 562 S.E.2d 327 (2002).

     The Court of Appeals concluded that the termination of parental rights includes "the termination of parental responsibilities as well as any correlative rights."  Id. at 112, 562 S.E.2d at 329.  Accordingly, the Court of Appeals held that a parent whose parental rights have been terminated no longer has a legal duty to support his or her child because the parent has become a "legal stranger" to that child.  Id.

     For the reasons set forth in the opinion of the Court of Appeals, we will affirm that Court's judgment.

                                                Affirmed.